# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERRILL OXFORD,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SARA LEE BAKING GROUP, INC.,<br><br>　　　　　Defendant. | CIV F 05-1140 AWI (NEW) WMW<br><br>ORDER VACATING HEARING DATE OF MARCH 5, 2007 |

Currently pending before this Court is Defendant's motion for summary judgment. The matter was scheduled for hearing to be held on March 5, 2007. Pursuant to Local Rule 78-230(c), Plaintiff was required to file either an opposition or a notice of non-opposition no later than February 20, 2007. Plaintiff has not done so. Due to Plaintiff's failure to file a timely opposition or notice of non-opposition, he is in violation of the Local Rules. See Local Rule 78-230(c). Plaintiff is further not entitled to be heard at oral argument in opposition to the motion. Id. The court has reviewed Defendant's motion and the applicable law, and has determined that the motion is suitable for decision without oral argument. See Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of March 5, 2007, is VACATED, and no party shall appear at that time. As of March 5, 2007, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:　　February 26, 2007　　　　　　　　/s/ Anthony W. Ishii
0m8i78　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE