Benjamin L. Ratliff, Esq.     Bar No. 113708
THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California   93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendant SARA LEE BAKERY GROUP, INC. (erroneously sued herein as SARA LEE BAKING COMPANY)

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MERRILL OXFORD, | ) CASE NO.  1:05:CV-01140-AWI-GSA |
| Plaintiff | ) |
| vs. | ) **DEFENDANT SARA LEE BAKING COMPANY'S EX PARTE APPLICATION AND ORDER FOR APPEARANCE AND DEBTOR'S EXAMINATION** |
| SARA LEE BAKING COMPANY, and DOES 1-100 inclusive, | ) |
| Defendants. | ) |

Defendant SARA LEE BAKING COMPANY (hereinafter referred to as "Creditors") hereby apply to this Court for an Order to have Plaintiff, MERRILL OXFORD (hereinafter referred to as, "Debtor") appear for a Debtor's Examination.

This request is made to aid in the enforcement of the costs rendered against Debtor by this Court on November 26, 2007.  The last known residence of the person to be examined, 5922 Monte Verde, Visalia, California 93277, was in the County of Tulare and within 150 miles of the place of examination.

Respectfully submitted,

DATED: December 6, 2007          WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

                                /s/ Benjamin L. Ratliff
                        By: _____
                                Benjamin L. Ratliff
                                Attorneys for Defendant,
                                SARA LEE BAKERY GROUP, INC.

# ORDER

To Debtor:   MERRILL OXFORD

YOU ARE ORDERED TO APPEAR personally before this Court, or before a referee appointed by this Court located at the Federal Courthouse, 2500 Tulare Street in Fresno, California, 93721 to furnish information to aid in enforcement of a money judgment against you on:

   Date: January 25, 2008

   Time: 9:30 am

   Location : Courtroom 10
      Courtroom of the Honorable Gary Austin

**NOTICE TO PERSON SERVED**: If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court and the court may make an order requiring you to pay all reasonable attorney's fees incurred by the Creditor in this proceeding.

IT IS SO ORDERED.

**Dated:   December 19, 2007**            /s/ **Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE